IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 0 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02784-BNB

ROBERT C. COLEMAN,

    Plaintiff,

v.

PHILIP E. JOHNSON,
DIRECTOR OFFICE, DENVER SHERIFF, and
SCOTT W. STAUFFER,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Robert C. Coleman, initiated this action by filing a *pro se* complaint on November 15, 2010. On November 18, 2010, Magistrate Judge Boyd N. Boland entered an order granting Mr. Coleman leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

On November 24, 2010, Magistrate Judge Boland ordered Mr. Coleman to file within thirty days an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Specifically, Magistrate Judge Boland noted that Mr. Coleman failed to allege a statutory basis for the Court's jurisdiction and failed to provide a short and plain statement of his claims.

Mr. Coleman submitted his amended complaint on December 27, 2010. The Court must construe the amended complaint liberally because Mr. Coleman is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the amended complaint is held to

standards less stringent than those governing a formal pleading drafted by an attorney. *See id.* However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the amended complaint and action will be dismissed.

Mr. Coleman apparently asserts diversity jurisdiction under 28 U.S.C. § 1332 because he alleges that the relief he seeks exceeds $200,000. Amended complaint at 4; *see also* 28 U.S.C. § 1332(b). Pursuant to 28 U.S.C. § 1332, Mr. Coleman must show that complete diversity of citizenship exists between the adverse parties and that the amount in controversy exceeds $75,000. *See Symes v. Harris*, 472 F.3d 754, 758 (10th Cir. 2006). However, it does not appear that there is complete diversity in this action, as required pursuant to § 1332(a), because Mr. Coleman alleges that both he and the named Defendants are residents of Colorado. Therefore, Mr. Coleman fails to assert proper jurisdiction for this Court to consider his claims, and the action will be dismissed. Accordingly, it is

ORDERED that the amended complaint and the action are dismissed for lack of subject matter jurisdiction.

DATED at Denver, Colorado, this 10th day of February, 2011.

BY THE COURT:

*Zita Leeson Weinshienk*

ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02784-BNB

Robert C. Coleman
P.O. Box 172602
Denver, CO 80217

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on February 10, 2011.

                          GREGORY C. LANGHAM, CLERK

                          By: _____
                                     Deputy Clerk